**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **YVONNE BROWN** | : | |
| **Plaintiff** | : | |
| **v.** | : | **Case No.: 08-186C** |
| | : | **(Judge Firestone)** |
| **THE UNITED STATES** | : | |
| **Defendant.** | : | |

**CONSENT MOTION FOR EXTENSION OF TIME TO**
**<u>FILE 12(b)(6) RESPONSE</u>**

Plaintiff respectfully move the Court, pursuant to Fed. R. Civ. P. 6 (b), for a 2 week extension of time to respond to Defendant's Motion to Dismiss. Plaintiff's response would thus be due on June 30, 2008 versus June 16, 2008 and that Defendant's reply be extended accordingly. Undersigned sought the consent of counsel for the Defendant who graciously affirmed this request. Both Counsels have therefore agreed upon this extension, subject to the Court granting this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully request that this motion be granted and that the time for Plaintiff's Opposition be extended until June 30, 2008 and Defendant WMATA's reply to the opposition be extended subject to this Honorable Court's order.

_________/s/_____________

Reuben B. Collins, #459751
THE COLLINS LAW GROUP, LLC
P. O. Box 1857
La Plata, MD 20646
(301)934-4366, (202) 546-7323
Attorney for Plaintiff

**IN THE UNITED STATES COURT FOR FEDERAL CLAIMS**

| | | |
|---|---|---|
| **YVONNE BROWN** | : | |
| **Plaintiff** | : | |
| **v.** | : | **Case No.: 08-186C** |
| **THE UNITED STATES** | : | |
| **Defendant.** | : | |

**POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6(b)

2. Local Rule 7.1

__________/s/______________
Reuben B. Collins, #459751
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16TH day of June, 2008, a copy of the foregoing was served via electronic filing to:

Roger A. Hipp
Department of Justice
1100 L Street, N.W.
Washington, DC 20530
Attorney for Defendant United States

_______/s/____________
Reuben B. Collins, Esquire

**IN THE UNITED STATES COURT FOR FEDERAL CLAIMS**

| | |
|---|---|
| **YVONNE BROWN** | : |
| **Plaintiff** | : |
| **v.** | : **Case No.: 08-186C** |
| **UNITED STATES OF AMERICA** | : |
| **Defendant.** | : |

**ORDER**

Upon consideration of the Plaintiff's Motion for Extension of Time and good cause having been shown, it is by the Court this ______ day of ____________, 2008.

Ordered, that the motion is granted. The time for Plaintiff to file his Opposition to Defendant's Motion to Dismiss is extended until June 30, 2008 and the time for Defendant to file his Response to Plaintiff's Motion for Summary Judgment is extended until __________________.

______________________________
HONORABLE JUDGE

Copies to:

Reuben B. Collins, II
Collins & Talley, LLC
P. O. Box 1857

La Plata, MD 20646
Attorney for Plaintiff Keith Hopps

Roger A. Hipp
Department of Justice
1100 L Street, N.W.
Washington, DC 20653
Attorney for Defendant