# In the United States Court of Federal Claims

**No. 08-186C**
**(Filed: June 17, 2008)**

* * * * * * * * * * * * * * * * *

**YVONNE S. BROWN,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed motion, filed June 16, 2008, for a two-week enlargement of time within which to respond to defendant's motion to dismiss is **GRANTED**. Accordingly, plaintiff shall file its response by **Monday, June 30, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge