# In the United States Court of Federal Claims

**No. 08-186C**
**(Filed: July 2, 2008)**

* * * * * * * * * * * * * * * * *
*
**YVONNE S. BROWN,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's unopposed motion, filed June 30, 2008, for a two-week enlargement of time within which to respond to defendant's motion to dismiss is **GRANTED**. Accordingly, plaintiff shall file its response by **Monday, July 14, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge