IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YVONNE BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-186C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a seven-day enlargement of time, to and including July 31, 2008, within which to file a reply in support of our motion to dismiss the complaint. Our reply is currently due on July 24, 2008. This is defendant's first request for an enlargement of time. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

This enlargement is requested because the Government's trial attorney also represents the Government in a recently filed bid protest case, L-3 Communications Eotech, Inc. v. United States, No. 08-515C (Fed. Cl.). The complaint and motion for a temporary restraining order and other injunctive relief in that case was filed on July 15, 2008, one day after plaintiff Yvonne Brown filed her opposition to our motion to dismiss the complaint in this case. Pursuant to an expedited schedule, the Government's motion for judgment upon the administrative record in L-3 Communications is due on July 25, 2008. We request a short enlargement so that counsel may have adequate time to prepare both the Government's dispositive motion in L-3

Communications and the Government's reply brief in this case. We regret not filing this motion sooner.

For the foregoing reasons, we respectfully request that the Court enlarge by seven days, from July 24, 2008, to July 31, 2008, the deadline for defendant's reply in support of its motion to dismiss the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 514-8640

July 24, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 24, 2008, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp