# In the United States Court of Federal Claims

**No. 08-186C**
**(Filed: July 25, 2008)**

* * * * * * * * * * * * * * * * *

**YVONNE S. BROWN,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed July 24, 2008, for a seven-day enlargement of time within which to file its reply in support of it's motion to dismiss is **GRANTED**. Accordingly, defendant shall file its reply by **Thursday, July 31, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge