# APPENDIX

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

**This docket is current through 07/29/2008**

| | |
|---|---|
| **Court:** | U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON, DC) |
| **Case Title:** | BROWN v. USA ET AL |
| **Case:** | 1:02-CV-00300 |
| **Judge:** | JUDGE ROSEMARY M. COLLYER |
| **Date Filed:** | 02/15/2002 |
| **Other Dockets:** | USCA, 03-05245 |

**CASE INFORMATION**

| | |
|---|---|
| **Case Number:** | 1:02CV00300 |
| **Jury Demand:** | PLAINTIFF |
| **Nature of Suit:** | CIVIL RIGHTS: EMPLOYMENT (442) |
| **Jurisdiction:** | U.S. GOVERNMENT DEFENDANT |
| **Cause:** | 28 USC 1343 VIOLATION OF CIVIL RIGHTS |

**PARTICIPANT INFORMATION**

| | |
|---|---|
| **Plaintiff:** | YVONNE BROWN |
| **Attorney(s):** | REUBEN B. COLLINS, II |
| **Email Address:** | RBURTONC@YAHOO.COM |
| **Firm Name:** | COLLINS & TALLEY, LLC |
| **Attorney Address:** | P.O. BOX 1857, SUITE A-2<br>LA PLATA, MD 20646 |
| **Attorney Phone:** | 301-934-4366 |
| **Defendant:** | USA |
| **Attorney(s):** | ALAN BURCH |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| **Email Address:** | ALAN.BURCH@USDOJ.GOV |
| **Firm Name:** | U.S. ATTORNEY'S OFFICE |
| **Attorney Address:** | 555 FOURTH STREET, NW<br>WASHINGTON, DC 20530 |
| **Attorney Phone:** | 202-514-7204 |
| **Attorney Fax:** | 202-514-8780 |
| **Attorney(s):** | BRIAN J. SONFIELD |
| **Attorney Terminated:** | 02/23/2005 |
| **Email Address:** | BRIAN.SONFIELD@EXIM.GOV |
| **Firm Name:** | EXPORT - IMPORT BANK OF THE UNITED STATES OFFICE OF THE GENERAL COUNSEL |
| **Attorney Address:** | 811 VERMONT AVE., NW<br>WASHINGTON, DC 20571 |
| **Attorney Phone:** | 202-565-3439 |
| **Attorney Fax:** | 202-565-3586 |
| **Defendant:** | JOHN ASHCROFT ATTORNEY GENERAL OF THE UNITED STATES |
| **Attorney(s):** | ALAN BURCH |
| **Email Address:** | ALAN.BURCH@USDOJ.GOV |
| **Firm Name:** | U.S. ATTORNEY'S OFFICE |
| **Attorney Address:** | 555 FOURTH STREET, NW<br>WASHINGTON, DC 20530 |
| **Attorney Phone:** | 202-514-7204 |
| **Attorney Fax:** | 202-514-8780 |
| **Attorney(s):** | BRIAN J. SONFIELD |
| **Attorney Terminated:** | 02/23/2005 |
| **Email Address:** | BRIAN.SONFIELD@EXIM.GOV |
| **Firm Name:** | EXPORT - IMPORT BANK OF THE UNITED STATES OFFICE OF THE GENERAL COUNSEL |
| **Attorney Address:** | 811 VERMONT AVE., NW<br>WASHINGTON, DC 20571 |
| **Attorney Phone:** | 202-565-3439 |
| **Attorney Fax:** | 202-565-3586 |
| **Defendant:** | ANN VENEMAN SECRETARY OF AGRICULTURE |
| **Attorney(s):** | ALAN BURCH |
| **Email Address:** | ALAN.BURCH@USDOJ.GOV |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| **Firm Name:** | U.S. ATTORNEY'S OFFICE |
| **Attorney Address:** | 555 FOURTH STREET, NW<br>WASHINGTON, DC 20530 |
| **Attorney Phone:** | 202-514-7204 |
| **Attorney Fax:** | 202-514-8780 |
| **Attorney(s):** | BRIAN J. SONFIELD |
| **Attorney Terminated:** | 02/23/2005 |
| **Email Address:** | BRIAN.SONFIELD@EXIM.GOV |
| **Firm Name:** | EXPORT - IMPORT BANK OF THE UNITED STATES OFFICE OF THE GENERAL COUNSEL |
| **Attorney Address:** | 811 VERMONT AVE., NW<br>WASHINGTON, DC 20571 |
| **Attorney Phone:** | 202-565-3439 |
| **Attorney Fax:** | 202-565-3586 |

**DOCKET PROCEEDINGS**

| **Entry#:** | **Date:** | **Description:** |
|---|---|---|
| | 01/03/2007 | NOTICE OF CORRECTED DOCKET ENTRY: RE STATUS REPORT WAS ENTERED IN ERROR. COUNSEL LOADED THE WRONG DOCUMENT OR USED THE WRONG ECF EVENT TO FILE A MOTION FOR HEARING. COUNSEL WAS INSTRUCTED TO REFILE SAID PLEADING. (TG, ) (ENTERED: 01/03/2007)<br><br>Send Runner to the Court |
| 34 | 01/02/2007 | ENTERED IN ERROR.....STATUS REPORT BY YVONNE BROWN. (COLLINS, REUBEN) MODIFIED ON 1/3/2007 (TG, ). (ENTERED: 01/02/2007)<br><br>View Document in PDF Format |
| | 03/14/2005 | MINUTE ENTRY ORDER DENYINGPLAINTIFF'S MOTION FOR HEARING. THE D.C. CIRCUIT HAS RULED THAT JURISDICTION IN THIS MATTER LIES EXCLUSIVELY IN THE COURT OF FEDERAL CLAIMS. BROWN V. UNITED STATES, 389 F.3D 1296 (D.C. CIR. 2004). PLAINTIFF'S CLAIMS IN COUNTS 1 AND 3 HAVE BEEN DISMISSED WITHOUT PREJUDICE . SIGNED BY JUDGE ROSEMARY M. COLLYER ON 3/14/05. (DYC) (ENTERED: 03/14/2005)<br><br>Send Runner to the Court |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | | |
|---|---|---|
| 33 | 02/23/2005 | NOTICE OF APPEARANCE BY ALAN BURCH ON BEHALF OF USA, JOHN ASHCROFT, ANN VENEMAN (BURCH, ALAN) (ENTERED: 02/23/2005)<br><br>View Document in PDF Format |
| 32 | 02/22/2005 | MOTION FOR HEARING STATUS BY YVONNE BROWN. (COLLINS, REUBEN) (ENTERED: 02/22/2005)<br><br>View Document in PDF Format |
| 31 | 02/14/2005 | ORDER. SEE ATTACHED ORDER FOR FURTHER DETAILS. SIGNED BY JUDGE ROSEMARY M. COLLYER ON 2/14/05. (DYC) (ENTERED: 02/14/2005)<br>View Document in PDF Format |
| 30 | 02/11/2005 | USCA JUDGMENT (CERTIFIED COPY) AS TO NOTICE OF APPEAL FILED BY YVONNE BROWN; IT IS HEREBY ORDERED AND ADJUDGED THAT THE JUDGMENT OF THE DISTRICT COURT APPEALED FROM IN THIS CAUSE IS HEREBY REMANDED FOR FURTHER PROCEEDINGS; USCA#03-5245 (JSC) (ENTERED: 02/14/2005)<br><br>View Document in PDF Format |
| | 09/12/2003 | USCA CASE NUMBER 03-5245 FOR NOTICE OF APPEAL FILED BY YVONNE BROWN. (RJE, ) (ENTERED: 09/15/2003)<br><br>Send Runner to the Court |
| | 09/08/2003 | TRANSMISSION OF NOTICE OF APPEAL AND DOCKET SHEET TO US COURT OF APPEALS RE NOTICE OF APPEAL (RJE, ) (ENTERED: 09/08/2003)<br><br>Send Runner to the Court |
| 29 | 09/05/2003 | NOTICE OF APPEAL AS TO ORDER ON MOTION TO DISMISS BY YVONNE BROWN. FILING FEE $ 105. (RJE, ) (ENTERED: 09/08/2003)<br><br>View Document in PDF Format |
| 28 | 07/09/2003 | ORDER GRANTING MOTION TO DISMISS. SIGNED BY JUDGE ROSEMARY M. COLLYER ON 7/9/03. (DSJ) (ENTERED: 07/09/2003)<br><br>View Document in PDF Format |
| 27 | 07/09/2003 | MEMORANDUM OPINION. SIGNED BY JUDGE ROSEMARY M. COLLYER ON 7/9/03. (DSJ) (ENTERED: 07/09/2003) |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | | |
|---|---|---|
| | | View Document in PDF Format |
| 26 | 04/22/2003 | REPLY IN SUPPORT OF MOTION REFILED BY JOHN ASHCROFT, USA, ANN VENEMAN. (ATTACHMENTS: #)(SONFIELD, BRIAN) (ENTERED: 04/22/2003) |
| | | View Document in PDF Format |
| 25 | 04/14/2003 | REPLY TO OPPOSITION TO MOTION RE RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT FILED BY YVONNE BROWN. (COLLINS, REUBEN) (ENTERED: 04/14/2003) |
| | | View Document in PDF Format |
| 24 | 04/14/2003 | MEMORANDUM IN OPPOSITION TO MOTION RE TO DISMISS AMENDED COMPLAINT FILED BY YVONNE BROWN. (COLLINS, REUBEN) (ENTERED: 04/14/2003) |
| | | View Document in PDF Format |
| | 03/24/2003 | MINUTE ENTRY ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS. PLAINTIFF'S RESPONSE IS DUE ON APRIL 14, 2003. SIGNED BY JUDGE ROSEMARY M. COLLYER ON 3/24/03. (DSJ) (ENTERED: 03/24/2003) |
| | | Send Runner to the Court |
| 23 | 03/24/2003 | FIRST MOTION FOR EXTENSION OF TIME TO FILE EXTENSION TO DEFENDANT'S MOTION TO DISMISS BY YVONNE BROWN. (COLLINS, REUBEN) (ENTERED: 03/24/2003) |
| | | View Document in PDF Format |
| 22 | 03/07/2003 | MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT BY USA, ANN VENEMAN. (ATTACHMENTS: ######)(SONFIELD, BRIAN) (ENTERED: 03/07/2003) |
| | | View Document in PDF Format |
| 21 | 02/19/2003 | FIRST AMENDED COMPLAINT AGAINST JOHN ASHCROFT, USA, ANN VENEMAN , FILED BY YVONNE BROWN.(RJE, ) (ENTERED: 02/20/2003) |
| | | View Document in PDF Format |
| | 02/19/2003 | MINUTE ENTRY ORDER GRANTINGMOTION TO ENLARGE TIME TO FILE AMENDED COMPLAINT, GRANTING MOTION FOR |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | | |
|---|---|---|
| | | LEAVE TO FILE AMENDED COMPLAINT. SIGNED BY JUDGE ROSEMARY M. COLLYER ON 2/19/03. (DSJ) (ENTERED: 02/19/2003)<br><br>Send Runner to the Court |
| 20 | 02/14/2003 | MOTION FOR LEAVE TO FILE FIRST SECOND AMENDED COMPLAINT BY YVONNE BROWN. (JEB, ) MODIFIED ON 2/14/2003 (JEB, ). (ENTERED: 02/14/2003)<br><br>View Document in PDF Format |
| 19 | 02/14/2003 | MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT BY YVONNE BROWN. (ATTACHMENTS: # EXHIBIT (AMENDED COMPLAINT))(JEB, ) MODIFIED ON 2/14/2003 (JEB, ). (ENTERED: 02/14/2003)<br><br>View Document in PDF Format |
| 18 | 01/23/2003 | ORDER DENYING MOTION TO DISMISS AND INSTRUCTING PLAINTIFF TO FILE AMENDED COMPLAINT, IF ANY, BY 2/12/03. SIGNED BY JUDGE ROSEMARY M. COLLYER ON 1/23/03. (DSJ) (ENTERED: 01/23/2003)<br><br>View Document in PDF Format |
| | 12/19/2002 | CASE REASSIGNED TO JUDGE ROSEMARY M. COLLYER. JUDGE HENRY H. KENNEDY NO LONGER ASSIGNED TO THE CASE. (NMR, ) (ENTERED: 12/20/2002)<br>Send Runner to the Court |
| 17 | 10/16/2002 | REPLY IN SUPPORT OF MOTION RE DISMISSAL FILED BY JOHN ASHCROFT, USA, ANN VENEMAN. (SONFIELD, BRIAN) MODIFIED ON 10/17/2002 (CDW, ). (ENTERED: 10/16/2002)<br><br>View Document in PDF Format |
| | 10/04/2002 | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY RE,,,, SIGNED BY JUDGE HENRY H. KENNEDY, JR. ON OCTOBER 4,2002.(KENNEDY, HENRY) (ENTERED: 10/04/2002)<br><br>Send Runner to the Court |
| 16 | 10/02/2002 | REPLY TO OPPOSITION TO MOTION RE MOTION TO DISMISS FILED BY YVONNE BROWN. (COLLINS, REUBEN) (ENTERED: 10/02/2002) |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | | |
|---|---|---|
| | | View Document in PDF Format |
| 15 | 10/02/2002 | REPLY TO OPPOSITION TO MOTION RE MOTION TO DISMISS FILED BY YVONNE BROWN. (COLLINS, REUBEN) (ENTERED: 10/02/2002) |
| | | View Document in PDF Format |
| 14 | 10/02/2002 | CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY BY YVONNE BROWN. (COLLINS, REUBEN) (ENTERED: 10/02/2002) |
| | | View Document in PDF Format |
| | 09/11/2002 | ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE BY 9/30/02 PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS'REPLY TO THE PLAINTIFF'S OPPOSITION BY 10/18/02 SIGNED BY JUDGE HENRY H. KENNEDY, JR. ON SEPTEMBER 11, 2002.KENNEDY, HENRY) (ENTERED: 09/11/2002) |
| | | Send Runner to the Court |
| 13 | 08/26/2002 | CONSENT MOTION FOR EXTENSION OF TIME TO FILE BY 9/30/02 PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' REPLY TO THE PLAINTIFF'S OPPOSITION BY 10/18/02 BY YVONNE BROWN. (JEB, ) (ENTERED: 08/26/2002) |
| | | View Document in PDF Format |
| 12 | 08/19/2002 | MOTION TO DISMISS BY JOHN ASHCROFT, USA, ANN VENEMAN. (ATTACHMENTS: #EXHIBIT 1 -- FORMAL ADMINISTRATIVE COMPLAINT#EXHIBIT 2 -- EEO COUNSELOR'S REPORT#EXHIBIT 3 -- SETTLEMENT AGREEMENT#EXHIBIT 4 -- TRANSCRIPT OF SETTLEMENT HEARING#EXHIBIT 5 -- FINAL AGENCY DECISION# EXHIBIT 6 -- EEOC DECISION)(SONFIELD, BRIAN) (ENTERED: 08/19/2002) View Document in PDF Format |
| | 07/04/2002 | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER SIGNED BY JUDGE HENRY H. KENNEDY, JR. ON JULY 4, 2002.(KENNEDY, HENRY) (ENTERED: 07/04/2002) |
| | | Send Runner to the Court |
| 11 | 07/03/2002 | JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER RE BY JOHN ASHCROFT, USA, ANN VENEMAN. (SONFIELD, BRIAN) (ENTERED: 07/03/2002) |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | | |
|---|---|---|
| | | View Document in PDF Format |
| | 06/11/2002 | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER RE (KENNEDY, HENRY) (ENTERED: 06/11/2002) |
| | | Send Runner to the Court |
| 10 | 06/11/2002 | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER RE BY JOHN ASHCROFT, USA, ANN VENEMAN. (SONFIELD, BRIAN) (ENTERED: 06/11/2002) |
| | | View Document in PDF Format |
| | 05/09/2002 | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER SIGNED BY JUDGE HENRY H. KENNEDY, JR. ON MAY 9, 2002.(KENNEDY, HENRY) (ENTERED: 05/09/2002) |
| | | Send Runner to the Court |
| 9 | 05/08/2002 | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER RE BY JOHN ASHCROFT, USA, ANN VENEMAN. (SONFIELD, BRIAN) (ENTERED: 05/08/2002) |
| | | View Document in PDF Format |
| 8 | 05/08/2002 | ATTORNEY APPEARANCE. (SONFIELD, BRIAN) (ENTERED: 05/08/2002) |
| | | View Document in PDF Format |
| 7 | 03/22/2002 | RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED. ANN VENEMAN SERVED ON 3/13/2002, ANSWER DUE 5/13/2002 (CDW, ) (ENTERED: 03/29/2002) |
| | | View Document in PDF Format |
| 6 | 03/22/2002 | RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED. US ATTORNEY GENERAL SERVED ON 3/13/2002 (CDW, ) (ENTERED: 03/29/2002) |
| | | View Document in PDF Format |
| 5 | 03/22/2002 | RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED. US ATTORNEY SERVED ON 3/13/2002, ANSWER DUE 5/13/2002 (CDW, ) (ENTERED: 03/29/2002) |
| | | View Document in PDF Format |

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

| | | |
|---|---|---|
| | 03/04/2002 | SUMMONS (3) ISSUED AS TO JOHN ASHCROFT ; ANN VENEMAN , U.S. ATTORNEY (CDW, ) (ENTERED: 03/04/2002)<br><br>Send Runner to the Court |
| 4 | 02/28/2002 | "ENTERED IN ERROR" SCHEDULING ORDER: INITIAL CONFERENCE SET FOR 3/22/2002 09:30 AM.. SIGNED BY JUDGE HENRY H. KENNEDY, JR. ON FEBRUARY 28, 2002. (FL, ) MODIFIED ON 2/28/2002 (FL, ). (ENTERED: 02/28/2002)<br><br>View Document in PDF Format |
| 3 | 02/28/2002 | "DUPLICATE ENTRY" PRELIMINARY ELECTRONIC CASE FILING ORDER . SIGNED BY JUDGE HENRY H. KENNEDY, JR. ON FEBRUARY 28, 2002. (FL, ) MODIFIED ON 2/28/2002 (FL, ). (ENTERED: 02/28/2002)<br><br>View Document in PDF Format |
| 2 | 02/21/2002 | PRELIMINARY ELECTRONIC CASE FILING ORDER . SIGNED BY JUDGE HENRY H. KENNEDY, JR. ON FEBRUARY 21, 2002. (FL, ) (ENTERED: 02/21/2002)<br><br>View Document in PDF Format |
| | 02/15/2002 | SUMMONS NOT ISSUED AS TO JOHN ASHCROFT ; USA ; ANN VENEMAN (CDW, ) (ENTERED: 02/21/2002)<br><br>Send Runner to the Court |
| 1 | 02/15/2002 | COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF AGAINST JOHN ASHCROFT, USA, ANN VENEMAN ( FILING FEE $150 ). FILED BY YVONNE BROWN. (CDW, ) (ENTERED: 02/21/2002)<br><br>View Document in PDF Format |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **YVONNE S. BROWN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 02-300 (RMC)** |
| **UNITED STATES OF AMERICA, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

In accordance with the United States Court of Appeals for the District of Columbia Circuit's decision in *Brown v. United States of America, et. al*, No. 03-5245 (D.C. Cir. Dec. 3, 2004), it is hereby

**ORDERED** that Counts I and III of Plaintiff's amended complaint are **DISMISSED** without prejudice.

**SO ORDERED.**

Dated: February 14, 2005.

/s/
ROSEMARY M. COLLYER
United States District Judge

Rec# 066697

ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 20 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YVONNE BROWN<br>Petitioner<br>v.<br>UNITED STATES OF AMERICA<br>Respondent. | Civil Action No.: 07-400 C |

**PETITION FOR ENTRY IN THE COURT'S DOCKET**

Comes now, Petitioner Yvonne Brown through counsel from the Law Offices of Collins & Talley, LLC hereby requests entry of the above captioned case as a part of the United States Court of Federal Claims docket. As grounds for this petition, Petitioner states as follows:

1. On February 12, 2003 Petitioner through Counsel filed an amended complaint in the United States District Court for the District of Columbia Case No.: 02ca00300 (RMC).

2. Respondent filed a Motion to Dismiss the Amended Complaint and as a result, United States District Court Judge Rosemary M. Collyer in a Memorandum Opinion granted respondent's Motion to Dismiss on July 09, 2003.

3. Petitioner through counsel timely filed a Notice of Appeal dated September 05, 2003(Case No.: 03-5245).

4. The United States Court of Appeals for the District of Columbia Circuit in a *per curium* opinion ruled that Count II of the complaint was the jurisdiction of the United States Court of

Federal Claims because it involved damages sought against the United States of more than $10,000.

5. The Court also ruled that Count's I and III should have been dismissed *without* prejudice.

6. The Court of Appeals remanded the case back to the lower Court in an opinion dated December 3, 2004.

7. On February 22, 2005 Petitioner filed a Motion for Status on the remanded case and requested a hearing on the matter.

8. Petitioner did not receive any correspondence from the court in response to the Status Motion.

9. The last correspondence Petitioner received was the entry of appearance of Alan Burch dated February 02, 2005.

10. Petitioner again filed a Status Motion via electronic filing on January 03, 2007 and the pleading was denied by the Court's clerk office because the case was considered a closed case.

11. On or around March 23, 2007 a former employee of undersigned law firm pulled a copy of the District Court's case history which disclosed the filing of a *Minute Order* dated March 14, 2005 and signed by Judge Rosemary M. Collyer which ruled that jurisdiction in the case lied exclusively in the Court of Federal Claims. The *Minute Order* also dismissed Counts I and III without prejudice. (Exhibit A)

12. Undersigned also became aware that the Court had issued an order dismissing *without prejudice* Count's I and III on February 14, 2005. (Exhibit B)

13. Petitioner nor her undersigned counsel received notice of either order prior to March of 2007.

14. The delay in filing this pleading was due to the inability of Undersigned Counsel to immediately find attorney's that he knew that could submit letters of recommendation on his behalf for submission to the Court of Federal Claims bar.

15. Undersigned Counsel submitted his Petition of Admission along with the admission fee on April 30, 2007.

16. Undersigned Counsel has made several inquiries regarding his status for admission.

17. Undersigned was told by a representative of the Clerk's office that he had in fact been admitted on or around May 07, 2007 and that he would be receiving confirmation from the Court acknowledging that fact.

18. Undersigned has still not received confirmation at the time of filing this pleading and is prepared to refile this petition should the court deem it necessary.

WHEREFORE, Petitioner Yvonne Brown requests that this court enter this case, remanded from the United States Court of Appeals as a part of its docket. Petitioner is prepared to file additional pleadings to effectuate the pursuit of this claim should the court find it necessary.

Respectfully submitted,

Reuben B. Collins, II, #459751
COLLINS & TALLEY, LLC
P. O. Box 1857
La Plata, MD 20646
(301) 934-4366

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Petition has been delivered via first class mail filing this 15th day of June, 2007, to the following:

Assistant United States Attorney
Alan Burch
Judiciary Center Building
Civil Division
555 Fourth Street, NW
Washington, DC 20001

Reuben B. Collins, II

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **YVONNE S. BROWN,** | ) |
| **Petitioner** | ) **Civil Action No.:**_______________ |
| **v.** | ) |
| **UNITED STATES OF AMERICA,** ***et al,*** | ) |
| **Respondent** | ) |

**ORDER**

In accordance with the United States District Court of the District of Columbia Circuit's decision in *Brown v. United States of America, et. al*, No. 02CA300 it is hereby

**GRANTED**________________________________________________.

**SO ORDERED.**

**On** This_________day of June 20____.

____________________________
Honorable Judge

# EXHIBIT A

**Full docket text:**
MINUTE ENTRY ORDER denying [32] Plaintiff's Motion for Hearing. The D.C. Circuit has ruled that jurisdiction in this matter lies exclusively in the Court of Federal Claims. Brown v. United States, 389 F.3d 1296 (D.C. Cir. 2004). Plaintiff's claims in Counts 1 and 3 have been dismissed without prejudice [31]. Signed by Judge Rosemary M. Collyer on 3/14/05. (dyc)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2007 12:16:13 | | | |
| **PACER Login:** | tc0696 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:02-cv-00300-RMC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **YVONNE S. BROWN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 02-300 (RMC)** |
| **UNITED STATES OF AMERICA, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

In accordance with the United States Court of Appeals for the District of Columbia Circuit's decision in *Brown v. United States of America, et. al*, No. 03-5245 (D.C. Cir. Dec. 3, 2004), it is hereby

**ORDERED** that Counts I and III of Plaintiff's amended complaint are **DISMISSED** without prejudice.

**SO ORDERED.**

Dated: February 14, 2005.

/s/
ROSEMARY M. COLLYER
United States District Judge

# In the United States Court of Federal Claims

NOT FOR PUBLICATION
No. 07-400C
(Filed December 18, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**YVONNE BROWN,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This matter was the subject of a hearing held yesterday by telephone. It involves a pleading entitled "Petition for Entry in the Court's Docket" submitted on behalf of Yvonne Brown, who is identified as a "petitioner." This was not a complaint, but instead a paper informing the Court of some difficulty that Ms. Brown and her counsel apparently had in receiving word of a district court's dismissal without prejudice of a case brought by Ms. Brown. The government has moved to strike the petition for entry in the Court's docket. This seems appropriate because, as Ms. Brown's counsel admits, Ms. Brown has filed no complaint and thus there is no civil action to be entered in the docket under Rule 79 of the Rules of the United States Court of Federal Claims. Accordingly, the government's motion is **GRANTED**. Since Ms. Brown has filed no complaint, the clerk shall return the filing fee to Ms. Brown.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge