# In the United States Court of Federal Claims

**No. 08-186C**
**(Filed: September 18, 2008)**

* * * * * * * * * * * * * * * * *
**YVONNE S. BROWN,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**O R D E R**

Oral argument on the defendant's motion to dismiss shall be heard on **Monday, October 6, 2008 at 10:30 a.m.** eastern time at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the proceeding.

The parties shall be prepared to discuss, in addition to the issues in their briefs, whether this court has jurisdiction over the plaintiff's claims in light of the Supreme Court's holding in John R. Sand & Gravel Company v. United States, 128 S. Ct. 750 (2008), which precludes any equitable tolling of the statute of limitations under 28 U.S.C. § 2501.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge